In the Matter of HOBAN & SULLIVAN, INC., Appellant, against NEW YORK STATE LIQUOR AUTHORITY et al., Respondents.

Argued June 4, 1952; decided July 15, 1952.

*William D. Sullivan* for appellant.

*William Hoppen* and *Alvin McKinley Sylvester* for respondents.

Order of the Appellate Division reversed and the determination of the State Liquor Authority annulled, with costs in this court and in the Appellate Division, upon the ground that the finding of the Authority that the licensee had suffered or permitted gambling on the licensed premises in violation of subdivision 6 of section 106 of the Alcoholic Beverage Control Law is not supported by any substantial evidence. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.